UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE HURTADO, on behalf of himself and all others similarly-situated,<br><br>                       Plaintiffs,<br><br>                    -v.-<br><br>183 FOOD MARKET CORP., d/b/a Food Universe, et al.,<br><br>                      Defendants. | 20 Civ. 7988 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      Defendants 183 Meat Corp., 2358 Meat Corp., and Sergio Fernandez (the "Fernandez Defendants") filed their Answer to Plaintiffs' Amended Complaint on April 29, 2021. (Dkt. #55). The following day, Plaintiffs and Defendants 183 Food Market Corp., 2358 Food Corp., and Roberto Espinal submitted a stipulation and proposed order regarding conditional certification pursuant to 29 U.S.C. § 216(b) and issuance of collective action notice. (Dkt. #56). As the Fernandez Defendants have not advised as to their position regarding the stipulation and proposed order, the Fernandez Defendants are directed to meet and confer with Plaintiffs' counsel and to inform the Court on or before May 17, 2021, if they intend to join the parties' stipulation, or if the Court should instead order motion practice.

SO ORDERED.

Dated: May 3, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge