

**Jeffrey R. Maguire**, Esq., Partner    o: (212) 939-7229    f: (212) 531-6129
a: 75 Maiden Lane, Suite 402, New York, NY 10038    e: jmaguire@stevensonmarino.com

August 11, 2021

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge for the
Southern District of New York
40 Foley Street
New York, New York 10007



    Re:    *Hurtado v. 183 Food Market Corp., et al.*
               <u>Docket No: 20-cv-7988 (KPF)(KHP)</u>

Dear Judge Failla:

    We represent Plaintiff, Felipe Hurtado, and the opt-in Plaintiff, Leonardo Pena (together as "Plaintiffs"), in the above-referenced matter alleging wage and hour claims against 183 Food Market Corp., 2358 Food Corp., Roberto Espinal, 183 Meat Corp., 2358 Meat Corp., and Sergio Fernandez (collectively as the "Defendants") under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). We write now to respectfully request a thirty (30) day extension of the deadline to submit Plaintiffs' motion for preliminary approval of the Rule 23 class action settlement, extending the deadline to September 15, 2021.

    On July 16, 2021, the Court granted Plaintiff's request for thirty days to submit Plaintiff's motion for the preliminary approval of the settlement. *See* Dkt. No. 66. While the parties have made substantial progress, more time is necessary to finalize the settlement agreement and the corresponding motion. Defendants consent to the extension request and this is the first request for an extension of the deadline. No other dates are affected by this request.

    We thank the Court for its time and attention to this matter.

                                                                   Respectfully submitted,

                                                                     Jeffrey R. Maguire, Esq.
                                                                         *For the firm*

To:    Counsel for Defendants (via ECF)

Application GRANTED.

Dated: August 12, 2021        SO ORDERED.
       New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE