

**Jeffrey R. Maguire**, Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 75 Maiden Lane, Suite 402, New York, NY 10038   e: jmaguire@stevensonmarino.com

October 12, 2021

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge for the
Southern District of New York
40 Foley Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Hurtado v. 183 Food Market Corp., et al.*
<u>Docket No: 20-cv-7988 (KPF)(KHP)</u>

Dear Judge Failla:

We represent Plaintiff, Felipe Hurtado, and the opt-in Plaintiff, Leonardo Pena (together as "Plaintiffs"), in the above-referenced matter alleging wage and hour claims against 183 Food Market Corp., 2358 Food Corp., Roberto Espinal, 183 Meat Corp., 2358 Meat Corp., and Sergio Fernandez (collectively as the "Defendants") under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). We write now to respectfully request a seven (7) day extension of the deadline to submit Plaintiffs' motion for preliminary approval of the Rule 23 class action settlement, extending the deadline to October 21, 2021.

The parties seek an additional brief extension in order to finalize and obtain signatures for the class settlement agreement. Accordingly, Plaintiffs' respectfully request that the Court extend Plaintiffs' deadline to file their motion from October 14, 2021 to October 21, 2021. Defendants consent to the extension request and this is the third request for an extension of the deadline. No other dates are affected by this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
Jeffrey R. Maguire, Esq.
*For the firm*

To:   Counsel for Defendants (via ECF)

Application GRANTED.  The parties' motion for preliminary settlement approval will be due on or before October 21, 2021.  No further extensions will be granted.

The Clerk of Court is directed to terminate the pending motion at Dkt. #71.

Dated:     October 13, 2021            SO ORDERED.
           New York, New York

                                       *Katherine Polk Failla*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE