```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/13/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FELIPE HURTADO, on behalf of himself and all
others similarly-situated,

                                    Plaintiff,

                    **-against-**
183 FOOD MARKET CORP. d/b/a FOOD
UNIVERSE, and 2358 FOOD CORP., and
ROBERTO ESPINAL, individually, and 183 MEAT
CORP., and 2358 MEAT CORP., and SERGIO
FERNANDEZ, individually

                                    Defendants.
-----------------------------------------------------------------X

**20-CV-7988 (KPF)**

**ORDER SCHEDULING SETTLEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Friday, January 7, 2022**

**at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.   Parties must attend in-person with their counsel.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  **Counsel and**

**parties are required to follow the Court's COVID-safety protocols and should review the**

**Court's website in advance of the conference for the most up to date information.** The parties

are instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **January 3, 2022 by 5:00**

**p.m.**

        **SO ORDERED.**

DATED:        New York, New York
              December 13, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge