USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
FELIPE HURTADO, on behalf of himself and all others similarly-situated,

                                Plaintiff,

-against-

183 FOOD MARKET CORP. d/b/a FOOD UNIVERSE, and 2358 FOOD CORP., and ROBERTO ESPINAL, individually, and 183 MEAT CORP., and 2358 MEAT CORP., and SERGIO FERNANDEZ, individually

                                Defendant.
-----------------------------------------------------------------X

**20-CV-7988 (KPF)**

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Settlement Conference in this matter scheduled for **Friday, January 7, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

    SO ORDERED.

DATED:    New York, New York
                December 22, 2021

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge