

**Jeffrey R. Maguire**, Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 75 Maiden Lane, Suite 402, New York, NY 10038   e: jmaguire@stevensonmarino.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2021

December 29, 2021

*Via ECF*
The Honorable Katharine H. Parker
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Hurtado v. 183 Food Market Corp., et al.*
        Docket No: 20-cv-7988 (KPF)(KHP)

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
12/30/2021

Dear Judge Parker:

      We serve as Class Counsel for Named Plaintiff Felipe Hurtado, the Opt-in Plaintiff Leonardo Pena, and the recently certified class (collectively as "Plaintiffs") in the above-referenced action alleging wage and hour claims against 183 Food Market Corp., 2358 Food Corp., Roberto Espinal (the "Espinal Defendants"), 183 Meat Corp., 2358 Meat Corp., and Sergio Fernandez (the "Fernandez Defendants" and collectively as the "Defendants") under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). <u>We write now to apprise the Court that the parties have again reached a class settlement in principle and therefore respectfully request that the Court cancel the settlement conference scheduled for January 7, 2022.</u>

      Following the District Court's preliminary approval of a Rule 23 class action settlement on October 26, 2021, an issue arose with respect to the class information produced by the Espinal Defendants that resulted in a motion to compel filed by Plaintiffs. On December 10, 2021, Judge Failla held a conference on Plaintiff's motion to compel and based on the parties' representations, referred the case to this Court for a settlement conference to assist the parties in resolving the matter based on the discovery of new information. *See* Dkt. No. 81. On December 13, 2021, this Court scheduled a settlement conference for January 7, 2022. Subsequently, as encouraged by Judge Failla, the parties made attempts to resolve the matter and eventually reached a settlement in principle. <u>As a result of the foregoing, the parties respectfully request that the Court cancel the settlement conference as the parties have reached settlement and will accordingly submit the revised class agreement a to the District Court for preliminary approval of the new terms.</u>

<u>We thank the Court for its time and attention to this matter.</u>

                                                       **Respectfully submitted,**

                                                       _____
                                                       Jeffrey R. Maguire, Esq.
                                                       Stevenson Marino LLP

To:    Counsel for Defendants (via ECF)